IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TERRECE DION LAWSON, SR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19-cv-00206 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| HAROLD W. CLARKE, *et al.*, | ) |     United States District Judge |
|     Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff Terrece Dion Lawson, Sr., a Virginia inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. The defendants filed a motion to dismiss, and the court issued a notice pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 2005), on January 7, 2020. (*See* Dkt. Nos. 21, 23.) The notice gave Lawson twenty-one days to file a response to the motion and advised him that, if he did not respond, the court would "assume that Plaintiff has lost interest in the case, and/or that Plaintiff agrees with what the Defendant[s] state[] in their responsive pleading(s)." (*See* Dkt. No. 23.) The notice further advised Lawson that, if he wished to continue with the case, it was "necessary that Plaintiff respond in an appropriate fashion," and that if he failed to file some response within the time allotted, the court "may dismiss the case for failure to prosecute." *Id.* Lawson did not respond. Therefore, Lawson's complaint will be dismissed without prejudice for failure to prosecute.

An appropriate order will be entered.

Entered: February 7, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge